Irene Ruzin, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, MARK THOMAS JABLONSKI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK THOMAS JABLONSKI, <br> Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> Defendants. | Case No.: CV 10-07250 JEM <br><br> [PROPOSED] ORDER AWARDING EAJA FEES <br><br> JOHN E. MCDERMOTT <br> UNITED STATES DISTRICT <br> COURT JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND TWO HUNDRED DOLLARS ($2,200.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 3, 2011

　　　　　　　　　　　　　　　　　　　*/s/John E. McDermott*
　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT

-1-